# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HON. M. JAMES LORENZ)

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) Case No.   **06CR2483-L** |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| **MARIA EMELINDA CHAIDEZ**, | ) |
| Defendants. | ) |

**IT IS HEREBY ORDERED** after appropriate inquiry and good cause being shown that the hearing in the above-captioned case be continued from July 9, 2007 at 8:30 AM to **July 23, 2007** at **8:30 AM**.

**SO ORDERED.**

**DATE:  7/5/07**

*[signature]*
HON. M. JAMES LORENZ